**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED MARTIN BROWN, ) | No. CV 12-8548-DSF(CW) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| G.D. LEWIS (Warden), ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 10/30/14

DALE S. FISCHER
United States District Judge