**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JARED MARTIN BROWN, | ) | No. CV 12-8548-DSF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| G.D. LEWIS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 10/30/14

DALE S. FISCHER
United States District Judge